No. 96–7268. GIRARD *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 96–7271. SAIF'ULLAH *v.* WILSON, GOVERNOR OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–7274. VILLALOZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–7275. LOGAN ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–7277. JENKINS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–7279. YUSUFF *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–7282. JENKINS *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 96–7283. SHARRIEFF ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–7284. PARKER *v.* UNITED STATES; and
No. 96–7396. JACKSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Reported below: 97 F. 3d 142.

No. 96–7285. HABBEN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–7286. DEL MUNDO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–7289. KINNEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–7292. AZUBUKO *v.* BOARD OF TRUSTEES, FRAMINGHAM STATE COLLEGE. C. A. 1st Cir. Certiorari denied.

No. 96–7295. BLAIS *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 96–7298. ROGERS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.